Same case below, 400 Fed. Appx. 519.

**No. 10-7387. Monroe Ace Setser, Petitioner v. United States.**

564 U.S. 1004, 131 S. Ct. 2988, 180 L. Ed. 2d 821, 2011 U.S. LEXIS 4525.

June 13, 2011. Motion of petitioner for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted.

Same case below, 607 F.3d 128.

**No. 10-8145. Juan Smith, Petitioner v. Louisiana.**

564 U.S. 1004, 131 S. Ct. 2988, 180 L. Ed. 2d 821, 2011 U.S. LEXIS 4417.

June 13, 2011. Motion of petitioner for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of Louisiana granted.

**No. 10-1020. Consolidation Coal Company, et al., Petitioners v. United States.**

564 U.S. 1004, 131 S. Ct. 2990, 180 L. Ed. 2d 821, 2011 U.S. LEXIS 4532.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 615 F.3d 1378.

**No. 10-1117. Ruth Naglich, et al., Petitioners v. Larry Camp, et al.**

564 U.S. 1004, 131 S. Ct. 2991, 180 L. Ed. 2d 821, 2011 U.S. LEXIS 4537.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-1214. Freedom From Religion Foundation, Petitioner v. United States, et al.**

564 U.S. 1004, 131 S. Ct. 2992, 180 L. Ed. 2d 821, 2011 U.S. LEXIS 4435.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 626 F.3d 1.

**No. 10-1225. Bombardier Inc., et al., Petitioners v. Dow Chemical Canada ULC, et al.**

564 U.S. 1004, 131 S. Ct. 2993, 180 L. Ed. 2d 821, 2011 U.S. LEXIS 4545.

June 13, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-1227. Chris Johnson, Petitioner v. Dennis Roberts, et al.**

564 U.S. 1004, 131 S. Ct. 2993, 180 L. Ed. 2d 821, 2011 U.S. LEXIS 4518.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 410 Fed. Appx. 104.